B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of New Jersey

In re **Sea Village Marina L.L.C.**

Debtor(s)

Case No.   **10-17235- JHW**

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Atlantic City Electric P.O. Box 4875 Trenton, NJ 08650 | Atlantic City Electric P.O. Box 4875 Trenton, NJ 08650 | Misc. (electric) | | 9,910.24 |
| Baywatch Marina, LLC PO onx 382 Northfield, NJ 08225 | Baywatch Marina, LLC PO onx 382 Northfield, NJ 08225 | | | 341,477.00 |
| Betty Simon Trustee 660 New Road Northfield, NJ 08225 | Betty Simon Trustee 660 New Road Northfield, NJ 08225 | Misc. (Property Tax Lienholder) | | 157,233.00 |
| Cooper Levenson 1125 Atlantic Avenue 3rd Floor Atlantic City, NJ 08401 | Cooper Levenson 1125 Atlantic Avenue 3rd Floor Atlantic City, NJ 08401 | Professional Services (legal fees) | | 17,589.91 |
| Environmental & Technical Services, LLC 203 South Main Street Cape May Court House, NJ 08210 | Environmental & Technical Services, LLC 203 South Main Street Cape May Court House, NJ 08210 | Trade debt (certified well operator services) | | 8,282.62 |
| Fox Rothschild, LLP 2000 Market Street 10th Floor Philadelphia, PA 19103 | Fox Rothschild, LLP 2000 Market Street 10th Floor Philadelphia, PA 19103 | Professional Services (legal services) | | 8,941.37 |
| Gocial Gerstein, LLC 1307 White Horse Pike Building D Voorhees, NJ 08043 | Gocial Gerstein, LLC 1307 White Horse Pike Building D Voorhees, NJ 08043 | Professional Services (auditing fees) | | 13,283.50 |
| Hankin Sandman & Palladino 30 South New York Avenue Atlantic City, NJ 08401 | Hankin Sandman & Palladino 30 South New York Avenue Atlantic City, NJ 08401 | Professional Services (legal services) | | 100,000.00 |
| Home Depot P.O. Box 6029 The Lakes, NV 88901-6029 | Home Depot P.O. Box 6029 The Lakes, NV 88901-6029 | Trade debt | | 8,550.28 |
| Hyland Design Group 101 East 8th Street Ocean City, NJ 08226 | Hyland Design Group 101 East 8th Street Ocean City, NJ 08226 | Professional Services (engineering fees) | | 6,918.63 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Sea Village Marina L.L.C.**                                     Case No.  **10-17235- JHW**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| John Pappas 604 Brindisi Court Punta Gorda, FL 33950 | John Pappas 604 Brindisi Court Punta Gorda, FL 33950 | Bank Loan | | 35,583.73 |
| Lori Greenberg & Associates 1 Eves Drive - Suite 111 Marlton, NJ 08053 | Lori Greenberg & Associates 1 Eves Drive - Suite 111 Marlton, NJ 08053 | Professional Services (legal fees) | | 1,740.00 |
| Palmer Biezup & Henderson LLP 620 Chestnut Street Suite 956 Philadelphia, PA 19106 | Palmer Biezup & Henderson LLP 620 Chestnut Street Suite 956 Philadelphia, PA 19106 | Professional Services (legal fees) | | 100,000.00 |
| South Jersey Water Test 4077 South Black Horse Pike Williamstown, NJ 08094 | South Jersey Water Test 4077 South Black Horse Pike Williamstown, NJ 08094 | Trade debt (water testing service) | | 336.50 |
| Verizon P.O. Box 4833 Trenton, NJ 08650 | Verizon P.O. Box 4833 Trenton, NJ 08650 | Telephone | | 600.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **March 17, 2010**                    Signature  **/s/ Thomas Martinolich**

                                                        **Thomas Martinolich**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.