| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| *Caption in Compliance with D.N.J. LBR 9004-2(c)*<br><br>Ciardi Ciardi & Astin<br>Albert A. Ciardi, III, Esquire<br>Jennifer E. Cranston, Esquire<br>Adrienne N. Roth, Esquire<br>One Commerce Square<br>2005 Market Street, Suite 1930<br>Philadelphia, PA 19103<br>Telephone: (215) 557-3550<br>Facsimile: (215) 557-3551 | |
| In Re:<br>  Sea Village Marina, LLC<br>                          Debtor. | Case No.:  __10-17235__<br>Judge:  _____<br>Chapter:  __11__ |

---

Recommended Local Form:  ☒ Followed    ☐ Modified

---

## APPLICATION FOR RETENTION OF PROFESSIONAL

1. The applicant, Sea Village Marina, LLC., is the (check all that apply):

   ☐ Trustee:    ☐ Chap. 7    ☐ Chap. 11    ☐ Chap. 13

   ☒ Debtor:     ☒ Chap. 11   ☐ Chap. 13

   ☐ Official Committee of _____

2. The applicant seeks to retain the following professional Ciardi Ciardi & Astin to serve as (check all that apply):

   ☒ Attorney for:    ☐ Trustee         ☒ Debtor-in-Possession
                      ☐ Official Committee of _____

   ☐ Accountant for:  ☐ Trustee         ☐ Debtor-in-Possession
                      ☐ Official Committee of _____

☐ Other Professional:

    ☐ Realtor  ☐ Appraiser  ☐ Special Counsel

    ☐ Auctioneer  ☐ Other (Specify): _____

3. The employment of the professional is necessary because:
Debtor is not sufficiently familiar with the rights & duties of a Debtor-in-possession and therefore, is not able to plan and conduct proceedings without the aid of competent counsel.

4. The professional has been selected because:
Of the qualifications and competence of the law firm

5. The professional services to be rendered are as follows:
Give legal advice with respect to its powers and duties as Debtor-in-possession; Prepare all motions, application, answers, orders, reports & other legal papers as necessary. Perform all other legal services for the Debtor

6. The proposed arrangement for compensation is as follows:
Partners range from $425.00 to $545.00; Of Counsel $305.00;
Associates range from $200.00 to $350.00; Paralegals range from $120.00 to $180.00 plus all reimbursement of costs and expenses.

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employer in the office of the United States trustee, is as follows:

☒ None

☐ Describe connection:
_____
_____

8. To the best of the applicant's knowledge, the professional (check all that apply):
☒ does not hold an adverse interest to the estate.
☒ does not represent an adverse interest to the estate.
☒ is a disinterested person under 11 U.S.C. § 101(14).
☒ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. §327(e).
☐ Other, explain:
_____
_____
_____

2

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows:
N/A

Wherefore, the applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may hereafter determine and allow.

Dated: March 17, 2010

/s/ Thomas Martinolich
Signature of Applicant

Sea Village Marina, LLC
Name of Applicant

3