**FOX ROTHSCHILD LLP**
(Formed in the Commonwealth of Pennsylvania)
1301 Atlantic Avenue, Suite 400
Atlantic City, NJ 08401
Tel (609) 348-4515   Fax (609) 348-6834
Michael J. Viscount, Jr. (MV4219)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| SEA VILLAGE MARINA L.L.C., | : | CASE NO. 10-17235 (JHW) |
| | : | |
| Debtor. | : | |
| | : | |
| | : | |

**NOTICE OF APPEARANCE AND
<u>REQUEST TO BE ADDED TO MAILING MATRIX</u>**

TO:    Clerk, United States Bankruptcy Court for the District of New Jersey

PLEASE TAKE NOTICE, that Fox Rothschild LLP, a creditor, hereby enters its appearance in the within proceeding, and requests that it be added to the official mailing matrix in this case, and that copies of all pleadings and other papers, however designated, filed in this case and all notices given or required to be given in this case, be given to and served upon the undersigned at the following address:

> Michael J. Viscount, Jr., Esquire
> Fox Rothschild LLP
> Midtown Building – Suite 400
> 1301 Atlantic Avenue
> Atlantic City, NJ  08401
> 609/348-4515 (phone)
> 609/348-6834 (fax)
> E-mail:  <u>mviscount@foxrothschild.com</u>

PLEASE TAKE FURTHER NOTICE that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitation, all

AC1 902830v1 03/18/10

orders and notices, including, but not limited to, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier, or otherwise.

FURTHER, if any limited service lists are used in these proceedings, the undersigned requests inclusion thereon.

FOX ROTHSCHILD LLP

By:  /s/ Michael J. Viscount, Jr.
Michael J. Viscount, Jr., Esquire

Dated: March 18, 2010

AC1 902830v1 03/18/10