**Sea Village Marina, LLC**
**A/R at 12-31-09**

| Customer | 0-30 | 31-60 | 61-90 | 90+ | |
|---|---|---|---|---|---|
| Allen John | 2,254.85 | 2,192.86 | 2,187.88 | 55,346.04 | 61,981.63 |
| Best Patricia | 5,425.39 | 5,284.08 | 5,190.27 | 117,504.78 | 133,404.52 |
| Blumenstein Tracy | 233.89 | 11.89 | 14.21 | 846.59 | 1,106.58 |
| Brodsky Jim & Karen | (318.21) | | | 300.33 | (17.88) |
| Burroughs Magarette | 1,818.35 | 1,771.44 | 1,758.96 | 27,644.08 | 32,992.83 |
| Chernack Scott & Lisa #60 | 1,964.62 | 1,913.47 | 1,906.23 | 42,345.99 | 48,130.31 |
| Chernack Scott & Lisa #67 | 1,818.29 | 1,773.92 | 1,764.20 | 33,055.65 | 38,412.06 |
| Conroy Linda | 2,240.33 | 2,083.15 | 2,076.24 | 48,040.46 | 54,440.18 |
| Delgado Joe & Karen | 4,391.87 | 193.00 | 708.63 | 8,674.27 | 13,967.77 |
| Dougherty Herbert & Brown Brenda | | | | 730.92 | 730.92 |
| Dougherty Herbert & Brown Brenda | | | | 510.00 | 510.00 |
| Dougherty Richard | | | | 3.85 | 3.85 |
| Fiore James | 2,156.82 | 2,099.39 | 2,093.23 | 48,798.37 | 55,147.81 |
| Glantz Marshall & Jana | | | (0.61) | | (0.61) |
| Grandrimo Jim & Erika | 124.98 | | | 31.26 | 156.24 |
| Hahn John | 597.98 | | | 1,937.08 | 2,535.06 |
| Harte Daniel T | 2,142.86 | 2,086.07 | 2,079.19 | 48,236.46 | 54,544.58 |
| HoJoo Jeong | | | 35.66 | 1,784.72 | 1,820.38 |
| HoJoo Jeong | 1,575.79 | | | 10,054.67 | 11,630.46 |
| Horstman Dottie | 243.23 | | | | 243.23 |
| Jacob Alvin & Evelyn | | | | 1,405.90 | 1,405.90 |
| Kinkela Justin | 1,406.68 | | | 4,405.58 | 5,812.26 |
| Kuchler Kyle & Leia | 1,681.19 | 1,068.00 | 993.00 | 5,940.00 | 9,682.19 |
| Lamond Dennis & Theresa | 2,008.28 | 1,955.10 | 1,948.60 | 45,117.69 | 51,029.67 |
| Lang Debbie | 462.74 | 6,655.19 | | 23,613.97 | 30,731.90 |
| Langston Rita | 2,074.34 | 2,019.41 | 2,012.70 | 46,602.63 | 52,709.08 |
| Leone Frank & Patricia | 2,052.42 | 1,816.82 | 1,807.86 | 35,911.63 | 41,588.73 |
| Litzner Robert | 1,065.40 | 993.00 | 993.00 | 404.11 | 3,455.51 |
| Martignetti Dennis & Patricia | 1,914.12 | 1,862.41 | 1,857.25 | 45,265.37 | 50,899.15 |
| Martin Tom | 5,560.83 | | | 13,983.00 | 19,543.83 |
| Masciantonio David & Sally | 8,443.20 | 1,165.25 | 1,165.25 | 43,333.10 | 54,106.80 |
| Mason & Mazzei LLC | 8,915.96 | 351.64 | 351.64 | 29,780.17 | 39,399.41 |
| Messier Gail & David | 2,064.82 | 2,009.02 | 2,003.48 | 48,207.36 | 54,284.68 |
| Mirto Bob & Sharon | 9,703.95 | 993.00 | 993.00 | 30,061.95 | 41,751.90 |
| Miraglilo Michael & Monica | 5,869.44 | | 11.77 | 35,894.94 | 41,776.15 |
| Murphy Margaret & Ed | 8,027.83 | 3,565.47 | 5,199.39 | 119,552.56 | 136,345.25 |
| Murphy Robert | 1,027.07 | 359.25 | 359.25 | 4,885.47 | 6,631.04 |
| Nania Phil | | | | 199.87 | 199.87 |
| Nawarynski Mary Ann | 300.75 | | | | 300.75 |
| Orlando Rosalie | 1,707.05 | 1,670.46 | 1,656.19 | 20,567.35 | 25,601.05 |
| Owen Elizabeth | 3,333.85 | | | 8,238.75 | 11,572.60 |
| Panichello Vivian | 8,907.32 | 1,165.25 | 1,165.25 | 25,806.09 | 37,043.91 |
| Patterson Jennifer | 1,966.79 | 1,910.09 | 1,905.78 | 48,439.87 | 54,222.53 |
| Pellegrino Robert & Theresa | 1,503.70 | | | 6,001.72 | 7,505.42 |
| Pendergrass Paula | 26.42 | | | 248.05 | 274.47 |
| Perez Lyla E, MD | 10,124.92 | 1,165.25 | 1,165.25 | 34,989.26 | 47,444.68 |
| Petticrew Michael & Laura | 384.44 | | | 1,502.90 | 1,887.34 |
| Pinto Frank & Debora | 1,484.30 | | | 1,267.50 | 2,751.80 |

**Sea Village Marina, LLC**
**A/R at 12-31-09**

| Name | | | | | |
|---|---:|---:|---:|---:|---:|
| Pinto Robert | | | | 19.43 | 19.43 |
| Pryor-Fulton | 10,423.98 | 1,195.40 | 1,197.54 | 34,175.63 | 46,992.55 |
| Purnell Chris & Michele | 7,561.59 | 1,165.25 | 1,165.25 | 28,528.57 | 38,420.66 |
| Purnell Mark | 2,263.57 | 2,201.19 | 2,196.34 | 55,899.99 | 62,561.09 |
| Ralston Richard & Kathy | 3,204.27 | | | 8,278.89 | 11,483.16 |
| Reitenbaugh Robert | | | | 510.00 | 510.00 |
| Robinson Gloria | 2,046.07 | 1,949.90 | 1,939.06 | 45,040.37 | 50,975.40 |
| Rosloff Cary & Barbara | | | | (1.25) | (1.25) |
| Rotella Dennis & Mary Ann | 9,335.25 | 1,093.25 | 1,093.25 | 32,941.06 | 44,462.81 |
| Sanceciz James | 9,936.85 | 1,093.25 | 1,093.25 | 32,855.17 | 44,978.52 |
| Senf Ralph & Jean | 637.51 | 359.25 | 359.25 | 2,619.94 | 3,975.95 |
| Smith Steve | 10,600.63 | 1,165.25 | 1,165.25 | 35,007.50 | 47,938.63 |
| Stamps Raymond & Cynthia | 2,585.98 | | | 11,547.93 | 14,133.91 |
| Swierczynski Paul & Sharon | | | | 1,364.28 | 1,364.28 |
| Swierczynski Paul & Sharon | 510.00 | 510.00 | 510.00 | 14,790.00 | 16,320.00 |
| Voynow Len & Sylvia | | | 14.01 | 616.39 | 630.40 |
| Voynow Len & Sylvia | | | | 510.00 | 510.00 |
| Waugh Deborah | 976.76 | | | 1,687.91 | 2,664.67 |
| Wiley James | | | | 273.39 | 273.39 |
| Wiley James | 934.58 | 76.50 | 76.50 | 5,825.58 | 6,913.16 |
| Wright Wayne | 786.11 | | 633.75 | 1,538.78 | 2,958.64 |
| Zagata Tom & Pat | 1,162.40 | 1,165.25 | 1,165.25 | 31,883.91 | 35,376.81 |
| **TOTALS** | **181,654.40** | **62,108.37** | **58,011.45** | **1,473,385.78** | **1,775,160.00** |