B6F (Official Form 6F) (12/07)

In re    Sea Village Marina L.L.C.    Case No. __10-17235- JHW__

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Atlantic City Electric<br>P.O. Box 4875<br>Trenton, NJ 08650 | | - | Mis. electrict | | | | 4,732.29 |
| Account No.<br><br>Baywatch Marina, LLC<br>PO onx 382<br>Northfield, NJ 08225 | | - | | | | | 341,477.00 |
| Account No.<br><br>Cooper Levenson<br>1125 Atlantic Avenue<br>3rd Floor<br>Atlantic City, NJ 08401 | | - | 12/15/06 - 5/15/07<br>Professional Services (legal fees) | | | | 17,589.91 |
| Account No. #xx1-SVM<br><br>Environmental & Technical Services, LLC<br>203 South Main Street<br>Cape May Court House, NJ 08210 | | - | Through 12/31/07<br>Trade debt (certified well operator services) | | | | 8,282.62 |

__3__ continuation sheets attached

Subtotal
(Total of this page)    372,081.82

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    S/N:34425-100329    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  Sea Village Marina L.L.C.,
                    Debtor

Case No. __10-17235- JHW__

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xx5866<br><br>Fox Rothschild, LLP<br>2000 Market Street<br>10th Floor<br>Philadelphia, PA 19103 | | - | 3/22/06 - 3/10/07<br>Professional Services (legal services) | | | | 8,941.37 |
| Account No. x1805<br><br>Gocial Gerstein, LLC<br>1307 White Horse Pike<br>Building D<br>Voorhees, NJ 08043 | | - | Through 2/6/07, 2009, 2005 & 2006 Audits 99 year leases<br>Professional Services (auditing fees)<br>99 year lease | | | | 13,283.50 |
| Account No.<br><br>Hankin Sandman & Palladino<br>30 South New York Avenue<br>Atlantic City, NJ 08401 | | - | Current<br>Professional Services (legal services) | | | | 100,000.00 |
| Account No. xxxx-xxxx-xxxx-4886<br><br>Home Depot<br>P.O. Box 6029<br>The Lakes, NV 88901-6029 | | - | From 2008<br>Trade debt - much of it is result of suspected embezzlement | | | | 8,550.28 |
| Account No.<br><br>Hyland Design Group<br>101 East 8th Street<br>Ocean City, NJ 08226 | | - | 8/1/06 - 4/13/07<br>Professional Services (engineering fees) | | | | 6,918.63 |

Sheet no. __1__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   137,693.78

B6F (Official Form 6F) (12/07) - Cont.

In re  Sea Village Marina L.L.C.
               Debtor

Case No. __10-17235- JHW__

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>John Pappas<br>604 Brindisi Court<br>Punta Gorda, FL 33950 | | - | 2003<br>Bank Loan - Personal Loan to company for former owners he is an individual, not a bank. | | | | 35,583.73 |
| Account No.<br>Lori Greenberg & Associates<br>1 Eves Drive - Suite 111<br>Marlton, NJ 08053 | | - | 2007<br>Professional Services (legal fees) - obligation relating to Notice to Quit and rent strike | | | | 1,740.00 |
| Account No.<br>Palmer Biezup & Henderson LLP<br>620 Chestnut Street<br>Suite 956<br>Philadelphia, PA 19106 | | - | current<br>Professional Services (legal fees) | | | | 100,000.00 |
| Account No.<br>Patricia A. Best<br>PO Box 137<br>Northfield, NJ 08225 | | - | 5/1/07<br>advances to the company | | | | 116,540.30 |
| Account No.<br>South Jersey Water Test<br>4077 South Black Horse Pike<br>Williamstown, NJ 08094 | | - | 2008<br>Trade debt (water testing service) | | | | 336.50 |

Sheet no. __2__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  254,200.53

B6F (Official Form 6F) (12/07) - Cont.

In re  Sea Village Marina L.L.C.                                    Case No.  10-17235- JHW
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxx-xxx-xxx9-089<br><br>Verizon<br>P.O. Box 4833<br>Trenton, NJ 08650 | | - | Telephone | | | | 217.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. 3 of 3 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **217.00**

Total (Report on Summary of Schedules)  **764,193.13**